# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAIGE KNIGHT,<br><br>                Plaintiff,<br><br>    v.<br><br>CAROLYN W. COLVIN, ACTING COMMISSIONER OF SOCIAL SECURITY,<br><br>                Defendant. | Case No. 1:14-cv-01276-SMS<br><br>ORDER GRANTING APPLICATION TO PROCEED *IN FORMA PAUPERIS*<br><br>(Doc. 3) |

By motion filed August 13, 2014, Plaintiff Paige Knight seeks to proceed *in forma pauperis*. Plaintiff has submitted a declaration that makes the showing required by 28 U.S.C. § 1915(a).

Accordingly, the Court GRANTS Plaintiffs' motion to proceed *in forma pauperis*. The Clerk of Court is directed to issue new case documents. Plaintiff's attorney is directed to serve the Commissioner.

IT IS SO ORDERED.

Dated:   **August 15, 2014**                         **/s/ Sandra M. Snyder**
                                                                      UNITED STATES MAGISTRATE JUDGE