JACQUELINE A. FORSLUND
Attorney at Law
CSBN 154575
P.O. Box 4476
Sunriver, OR  97707
Telephone:     541-419-0074
Email:          jaf@forslundlaw.com

Attorney for Plaintiff


UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA


| | |
|---|---|
| PAIGE ELLIS KNIGHT, )<br>            )<br>    Plaintiff      )<br>            )<br>            )<br>v.          )<br>            )<br>CAROLYN W. COLVIN,  )<br>    Acting Commissioner )<br>    of Social Security,  )<br>            )<br>    Defendant     )<br>_____) | Case No. 1:14-cv-01276-SMS<br><br>**STIPULATION AND ORDER<br>FOR EXTENSION OF TIME<br>TO FILE OPENING BRIEF** |

    IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, to

extend the time 30 days to April 15, 2015, for filing of the Opening Brief, in accordance with the

Court's Scheduling Order.  This extension is requested because Plaintiff's counsel is

experiencing a backload in her workload that she is in the process of resolving..


**Knight v. Colvin**                                                                                      **Stipulation and Proposed Order**
**E.D. Cal. 1:14-cv-01276-SMS**

The parties further stipulate that the Court's Scheduling Order be modified accordingly.

                                                Respectfully submitted,


Date:  March 13, 2015                    JACQUELINE A. FORSLUND
                                                Attorney at Law


                                                */s/Jacqueline A. Forslund*
                                                JACQUELINE A. FORSLUND

                                                Attorney for Plaintiff


Date:  March 13, 2015                    BENJAMIN B. WAGNER
                                                United States Attorney
                                                DONNA L. CALVERT
                                                Regional Chief Counsel, Region IX
                                                Social Security Administration


                                                */s/\*Sundeep R. Patel*
                                                SUNDEEP R. PATEL
                                                Special Assistant United States Attorney
                                                *By email authorization

                                                Attorney for Defendant


                                                <u>ORDER</u>

APPROVED AND SO ORDERED


DATED:  <u>3/16/2015</u>                      /s/ SANDRA M. SNYDER
                                                UNITED STATES MAGISTRATE JUDGE