JACQUELINE A. FORSLUND
Attorney at Law
CSBN 154575
P.O. Box 4476
Sunriver, OR  97707
Telephone:     541-419-0074
Email:             jaf@forslundlaw.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAIGE ELLIS KNIGHT, )<br>)<br>  Plaintiff     )<br>)<br>)<br>v.           )<br>)<br>CAROLYN W. COLVIN,  )<br>  Acting Commissioner )<br>  of Social Security,   )<br>)<br>  Defendant     )<br>_____) | Case No. 1:14-CV-01276-SMS<br><br>**STIPULATION AND ORDER**<br>**FOR EXTENSION OF TIME**<br>**TO FILE OPENING BRIEF** |

   IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, to extend the time to April 27, 2015, for filing of the Opening Brief, in accordance with the Court's Scheduling Order.  This is Plaintiff's second and last request for an extension.  This extension is requested because Plaintiff's counsel is experiencing a backload in her workload.

**Knight v. Colvin**                    **Stipulation and Proposed Order**
**E.D. Cal. 1:14-cv-01276-SMS**

The parties further stipulate that the Court's Scheduling Order be modified accordingly.

                                  Respectfully submitted,

Date:  April 14, 2015                JACQUELINE A. FORSLUND
                                          Attorney at Law


                                          */s/Jacqueline A. Forslund*
                                          JACQUELINE A. FORSLUND

                                          Attorney for Plaintiff


Date:  April 14, 2015                BENJAMIN B. WAGNER
                                          United States Attorney
                                          DONNA L. CALVERT
                                          Regional Chief Counsel, Region IX
                                          Social Security Administration


                                          */s/\*Sundeep R. Patel*
                                          SUNDEEP R. PATEL
                                          Special Assistant United States Attorney
                                          *By email authorization

                                          Attorney for Defendant


                                          <u>ORDER</u>

APPROVED AND SO ORDERED


DATED:  <u>4/15/2015</u>                  <u>/s/ SANDRA M . SNYDER                          </u>
                                          UNITED STATES MAGISTRATE JUDGE


**Knight v. Colvin**                                                                **Stipulation and Proposed Order**
**E.D. Cal. 1:14-cv-01276-SMS**