BENJAMIN B. WAGNER
United States Attorney
DONNA L. CALVERT
Regional Chief Counsel, Region IX
BRENDA M. PULLIN
Special Assistant United States Attorney
Social Security Administration

    160 Spear Street, Suite 800
    San Francisco, California  94105
    Telephone:  (415) 977-8975
    Facsimile:  (415) 744-0134
    E-Mail: Brenda.Pullin@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| PAIGE ELLIS KNIGHT, | CASE NO. 1:14-CV-1276-SMS |
|     Plaintiff, | STIPULATION AND ORDER FOR FIRST EXTENSION OF TIME FOR DEFENDANT TO FILE RESPONSIVE BRIEF |
|     v. | |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | |
|     Defendant. | |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that Defendant shall have a first extension of time of 30 days to respond to Plaintiff's opening brief.  The extension is necessary as this case was not originally assigned to the undersigned defense counsel, but rather was transferred to her in the midst of the merits briefing (see Doc. No. 19).  Upon its transfer, new defense counsel was under the impression that the formerly assigned

1

attorney had already requested an extension for filing the responsive brief.  However, such an extension appears not to have been filed.

Defendant respectfully suggests that this constitutes excusable neglect due to the volume of cases and administrative tasks handled by defense counsel.  For these reasons, Defendant requests a 30-day extension of time to respond to Plaintiff's opening brief.

There have been two prior extensions of time in this case, each extending the time for Plaintiff to file her opening brief (Doc. Nos. 15, 17).  Defendant's responsive brief was previously due on or before May 27, 2015; the new deadline would be June 26, 2015.  The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Dated: June 18, 2015             By: */s/ Jacqueline A. Forslund*
                                     (as authorized via e-mail)
                                     JACQUELINE A. FORSLUND
                                     Attorney for Plaintiff

                                     BENJAMIN B. WAGNER
                                     United States Attorney

Dated: June 18, 2015             By: *s/ Brenda M. Pullin*
                                     BRENDA M. PULLIN
                                     Special Assistant U.S. Attorney

                                     Attorneys for Defendant


**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: 6/19/2015                 /s/ SANDRA M. SNYDER
                                 UNITED STATES MAGISTRATE JUDGE